**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGHTEOUS HOLDINGS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, a stock company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-08967-MWC-MAR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (DKT. 14)**<br><br>**JS-6** |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 13, 2026

Hon. Michelle Williams Court
United States District Judge